February 2, 2019

Re: Gaines v. Busnardo, 13-6566,
Supreme Court Petition Update/
Request for U.S. Marshal Serving
Papers Which Defendant Signed

RECEIVED
FEB - 6 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Dear Clerk:

I am the pro se, prisoner plaintiff in the above-entitled matter. The matter is currently stayed pending U.S. Supreme Court resolution, and I am writing to deliver an update.

Yesterday, I received a letter from Mr. Scott Harris, clerk of the U.S. Supreme Court, which informed me of two deficiencies within my petition which must be corrected within 60 days. I'm going to correct the deficiencies within the next upcoming week.

Also, the defendants in this matter were served by the U.S. Marshals. Can you provide me of a copy of the paper which the defendants signed which acknowledged they were served in this matter? Thank you for your time and assistance.

Sincerely,

Herman Gaines

H. Gaines
#429989/233523C
N.S.P.
P.O. Box 2300
Newark, NJ
07114

Clerk
U.S. District Court
Re: Gaines v. Busnardo, 13-6566,
Supreme Court Petition Update/Request
for U.S. Marshal Serving Papers which Defendant Signed
P.O. Box 2797
Camden, NJ
08101

RECEIVED
FEB - 6 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

$ 00.50⁰
0004279899 FEB 04 2019
MAILED FROM ZIP CODE 07114

0810132797 B030