Bismillah-ir-Rahman-ir-Raheem
In the Name of Allah, the Most Beneficent,
the Most Merciful

Re: Gaines v. Busnardo, 13-cv-6566

I, Herman Gaines, am the plaintiff in the above-entitled matter. I testify that there is no God except Allah and that Muhammad (May Allah's Peace and Blessings be upon him) is His Slave and Messenger.
I write this letter because Allah (Most High) was/is Merciful to me, and I want to be merciful, as well. My desire is to withdraw/dismiss the above-entitled action. I do so knowingly and voluntarily. It is my hope that your court, the defendant's lawyers, and Mr. Busnardo all recognize the Oneness of Allah and the Messengership of Muhammad (PBUH). However, Allah (SWT) Guides as He Wishes. Thank you.

Respectfully submitted,

Herman Gaines

Dated: June 9, 2019

Holmes
#42949/2335233C
NSP
PO Box 2300
Newark, NJ
07114

Judge Jerome B. Simandle
US District Court
PO Box 2797
Camden, NJ
08101

NEOPOST
06/11/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL
ZIP 07114
041M11454838